IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01258-MSK-BNB

TAMMY WELDON,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

    Defendant.

## ORDER OF RECUSAL

**THIS MATTER** arises *sua sponte*. The undersigned is a beneficiary of a trust whose assets include shares in one of the parties. Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court.

DATED this 9th day of October, 2007.

                                **BY THE COURT:**

                                */s/ Marcia S. Krieger*

                                Marcia S. Krieger
                                United States District Judge